**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of** | **U.S.Courthouse - Chambers 5D** |
| **Richard D. Bennett** | **101 W. Lombard Street** |
| **United States District Judge** | **Baltimore, MD 21201** |
| **Northern Division** | **Tel:  410-962-3190** |
| | **Fax: 410-962-3177** |

September 19, 2017

### LETTER ORDER

TO: COUNSEL OF RECORD

 RE: *Laumann v. Keese, et al.*
  Civil No. RDB-16-0889

Dear Counsel:

This will confirm the telephone conference of today.  The Motion to Modify Scheduling Order (**ECF#26**) is **GRANTED**.  In light of the pending spinal fusion surgery scheduled for the *pro se* Plaintiff Mr. Laumann, the Amended Scheduling Order (**ECF#18**) is now **STRICKEN** and this case shall be **STAYED** pending a conference call on **December 18, 2017 at 10:30 a.m.**  A revised schedule, including a new Discovery Deadline, Rule 26 Expert Designations, Requests for Admissions, Dispositive Pretrial Motions Deadline and a Trial Date will be considered at that time.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

 Sincerely,

  /s/

 Richard D. Bennett
 United States District Judge