# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**BETH P. GESNER**
**CHIEF UNITED STATES MAGISTRATE JUDGE**
MDD_BPGchambers@mdd.uscourts.gov

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
(410) 962-4288
(410) 962-3844 FAX

March 13, 2018

Joseph R. Laumann, Esquire
Law Office of Joseph Laumann
1160 Spa Road, Suite 3C
Annapolis, MD  21403

Linda J. Ham, Esquire
Mark J. Strong, Esquire
Law Offices of Jonathan P. Stebenne
Tower II, Suite 1101
100 S. Charles Street
Baltimore, MD  21201

RE:  Joseph R. Laumann v. Craig A. Keese, et al.
Civil No. ADC-16-889

Dear Counsel:

In accordance with your request, I am rescheduling the settlement conference in the above case from Wednesday, July 18, 2018 to **Tuesday, August 7, 2018 at 10:00 a.m.  Our conference may be interrupted, as I am on criminal duty that day**.  I understand that counsel and all parties are available at this time.

The same guidelines set forth in my letter of May 31, 2017 apply to this conference, including the requirement that you exchange a demand and offer prior to the conference, as detailed in that letter.  The new date for the submission of ex parte letters to me is **Tuesday, July 24, 2018.**

Thank you for your attention in this matter.  If you have any questions, please contact my chambers.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

Beth P. Gesner
Chief United States Magistrate Judge